UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PINTER, JOHNNY ALAN<br>PINTER, AIMEE | § § § | Case No. 11-27083 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom 201,
        United States Courthouse
        Will County Court Annex Building
        57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/13/2012        By: /s/ Michael G. Berland
                                              Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

PINTER, JOHNNY ALAN
PINTER, AIMEE

Case No. 11-27083

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 10,000.25 |
| and approved disbursements of | $ 50.00 |
| leaving a balance on hand of[1] | $ 9,950.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Green Tree Servicing LLC P O Box 6154 Rapid City, SD 57709 | $ 50,673.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors  $ 0.00
Remaining Balance  $ 9,950.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 3,450.04 | $ 0.00 | $ 3,450.04 |

Total to be paid for chapter 7 administrative expenses  $ 3,450.04

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Remaining Balance                                                                $        6,500.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,707.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 5,585.59 | $ 0.00 | $ 989.10 |
| 2 | American InfoSource LP as agent for<br>T-Mobile-Mobile USA<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $ 533.25 | $ 0.00 | $ 94.43 |
| 3 | Rjm Acquisitions Llc<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791 | $ 348.32 | $ 0.00 | $ 61.68 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Capital One,N.Ac/o Creditors Bankrutpcy Service P O Box 740933 Dallas, TX 75374 | $ 290.25 | $ 0.00 | $ 51.40 |
| 6 | Portfolio Investments I LLC c/o Recovery anagement Systems 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | $ 3,983.51 | $ 0.00 | $ 705.40 |
| 7 | CANDICA, LLC c/o Weinstein & Riley 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ 5,989.73 | $ 0.00 | $ 1,060.67 |
| 8 | Portfolio Recovery Associates, LLC c/o Amiercan Eagle Outfit POB 41067 Norfolk, VA 23541 | $ 1,980.10 | $ 0.00 | $ 350.64 |
| 9 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201-5229 | $ 17,996.81 | $ 0.00 | $ 3,186.89 |

Total to be paid to timely general unsecured creditors $ 6,500.21

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-27083-BWB
Johnny Alan Pinter                                                        Chapter 7
Aimee Pinter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: gbeemster              Page 1 of 3            Date Rcvd: Mar 15, 2012
                               Form ID: pdf006              Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2012.
```
db          #+Johnny Alan Pinter,    1801 Wake Island,    Joliet, IL 60435-8531
jdb          Aimee Pinter,    1801 Wake,    Joliet, IL 60435
17484537    +American Honda Finance,    Attn: BK Dept,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
17484541    +Barclays Bank Delaware,    125 S West St.,    Wilmington, DE 19801-5014
17484540    +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
              Wilmington, DE 19899-8833
17580114    +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,TX 75374-0933
17484543    +Cda/pontiac,    Attn: Bankruptcy,    Po Box 213,    Sreator, IL 61364-0213
17484544    +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
              Woodbury, MN 55125-1703
17484546    +Creditoes Discount & A,    415 E. Main St.,    Streator, IL 61364-2927
17484547    +Creditors Discount & A,    415 E. Main St.,    Streator, IL 61364-2927
17484548     Creditors Discount & Audit co.,    415 E. Main St.,    P.O. Box 213,    Streator, IL 61364-0213
17484553     Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
17484554     Experian,    P.O. Box 9701,    Allen, TX 75013-9701
17484557    +Illinois Collection Se,    Po Box 1031,    Tinley Park, IL 60477-9110
17484558    +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
17484559     Juniper,    Card Service,    PO Box 13337,    Philadelphia, PA 19101-3337
17484561    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
17484562    +Portfolio Recovery & affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
17484564    +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
18146639    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201-5229)
17484566    +Wffnnb/roomplace,    PO Box 182789,    Columbus, OH 43218-2789
17484567     Will County Tax Collector,    302 M Chicago St.,    Joliet, IL 60432-4078
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17484538     E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 16 2012 03:08:39    American Honda Finance,
              2170 Point Blvd,    Elgin, IL 60123
17484539     E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 16 2012 03:08:39
              American Honda Finance Corporation,    PO Box 60001,    City of Industry, CA 91716
17515915     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2012 04:39:42
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK 73124-8848
17890381    +E-mail/Text: bncmail@w-legal.com Mar 16 2012 03:11:56    CANDICA, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17484542    +E-mail/Text: cms-bk@cms-collect.com Mar 16 2012 03:10:33    Capital Management Service, LP,
              726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
17484550     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 16 2012 04:40:16    Discover Fin Services,
              PO Box 15316,    Wilmington, DE 19850
17503834     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 16 2012 04:40:16    Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17484549    +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 16 2012 04:40:16    Discover Fin,    Po Box 6103,
              Carol Stream, IL 60197-6103
17484551    +E-mail/Text: bknotice@erccollections.com Mar 16 2012 03:11:42    Enhanced Recovery Co L,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17484552    +E-mail/Text: BKNOTICES@EAFLLC.COM Mar 16 2012 03:10:20    Equable Ascent Financial,
              1120 West Lake Co,    Buffalo Grove, IL 60089-1970
17532021     E-mail/Text: mercedese.d.lester@gtservicing.com Mar 16 2012 03:10:28
              Green Tree Servicing, LLC.,    P.O. Box 6154,    Rapid City, SD 57709-6154
17484555    +E-mail/Text: mercedese.d.lester@gtservicing.com Mar 16 2012 03:10:28    Green Tree Servicing L,
              Po Box 6172,    Rapid City, SD 57709-6172
17484556    +E-mail/Text: BKNOTICES@EAFLLC.COM Mar 16 2012 03:10:20
              Hilco Receivables/Equable Ascent Financi,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
              Buffalo Grove, IL 60089-1970
17484560    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 16 2012 03:07:46    Kohls/chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
17806823     E-mail/PDF: rmscedi@recoverycorp.com Mar 16 2012 04:41:26    Portfolio Investments I LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17484563    +E-mail/Text: rjm@ebn.phinsolutions.com Mar 16 2012 03:08:05    RJM Acquisitions LLc,
              575 Underhill Blvd. Suite 224,    Syosset, NY 11791-4437
                                                                                              TOTAL: 16
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17532022*   ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
             (address filed with court: Green Tree Servicing LLC,    P O Box 6154,    Rapid City, SD 57709)
18076263*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o American Eagle Outfitters,
              POB 41067,    Norfolk VA 23541)
17515920*   +Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-4437
17484565*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,    Po Box 790084,    Saint Louis, MO 63179)
```

```
District/off: 0752-1            User: gbeemster              Page 2 of 3                  Date Rcvd: Mar 15, 2012
                                Form ID: pdf006              Total Noticed: 38
```

17484545    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438

                                                                                          TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2012**                    **Signature:**      _Joseph Speetjens_

```
District/off: 0752-1          User: gbeemster           Page 3 of 3                  Date Rcvd: Mar 15, 2012
                              Form ID: pdf006           Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2012 at the address(es) listed below:
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Rappin    on behalf of Creditor  CitiMortgage, Inc. dolswang@hrolaw.com,
           rarredondo@hrolaw.com
          Thomas W Toolis    on behalf of Debtor Johnny Pinter twt@jtlawllc.com,
           lld@jtlawllc.com;axb@jtlawllc.com
                                                                                                                                       TOTAL: 4