UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| PINTER, JOHNNY ALAN | § | Case No. 11-27083 |
| PINTER, AIMEE | § § | |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By: /s/MICHAEL G. BERLAND_____
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | GREEN TREE SERVICING LLC |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |
| | Cda/pontiac Attn: Bankruptcy Po Box 213 Sreator, IL 61364 | | | | | |
| | Cda/pontiac Attn: Bankruptcy Po Box 213 Sreator, IL 61364 | | | | | |
| | Check Systems, Inc. Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | | | | |
| | Creditors Discount & Audit co. 415 E. Main St. P.O. Box 213 Streator, IL 61364-0213 | | | | | |
| | Enhanced Recovery Co L 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | | | | |
| | Hilco Receivables/Equable Ascent Financi Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60477 | | | | | |
| | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 | | | | | |
| | Wffnnb/roomplace PO Box 182789 Columbus, OH 43218 | | | | | |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 7 | CANDICA, LLC C/O WEINSTEIN & RILEY | | | | | |
| 5 | CAPITAL ONE,N.AC/O CREDITORS BANKRU | | | | | |
| 1 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | PORTFOLIO INVESTMENTS I LLC C/O RE | | | | | |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 3 | RJM ACQUISITIONS LLC | | | | | |
| 9 | U.S. BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-27083 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | PINTER, JOHNNY ALAN | | | Date Filed (f) or Converted (c): | 08/05/11 (c) |
| | PINTER, AIMEE | | | 341(a) Meeting Date: | 09/12/11 |
| For Period Ending: | 08/20/12 | | | Claims Bar Date: | 12/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1801 Wake island, Joleit-scheduled | 168,000.00 | 0.00 | DA | 0.00 | FA |
| 2. TCF Bank-checking account- 1870 scheduled | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 3. TCF Bank checking 0989-scheduled | 29.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5. Books, collectibles-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. Clothing-scheduled | 550.00 | 0.00 | DA | 0.00 | FA |
| 7. Frus & jewelry-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Share Power-scheduled | 600.00 | 0.00 | DA | 0.00 | FA |
| 9. 401k-both-scheduled | 187,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Child support-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 2005 Honda Odyssey-scheduled | 3,717.05 | 0.00 | DA | 0.00 | FA |
| 12. First Midwest checking-scheduled | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 13. TCF checking-scheduled-scheduled | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 14. 2005 Jaguar-scheduled | 12,400.00 | 10,000.00 | DA | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.25 | Unknown |
| TOTALS (Excluding Unknown Values) | $382,996.05 | $10,000.00 | | $10,000.25 | $0.00 Gross Value of Remaining Assets (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee liquidated non-exempt equity in a car. The Trustee has filed his final report with the US Trustees Office.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-27083   BL   Judge: Bruce W. Black | Trustee Name: MICHAEL G. BERLAND |
| Case Name: | PINTER, JOHNNY ALAN | Date Filed (f) or Converted (c): 08/05/11 (c) |
| | PINTER, AIMEE | 341(a) Meeting Date: 09/12/11 |
| | | Claims Bar Date: 12/27/11 |

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

Case 11-27083   Doc 59   Filed 09/04/12   Entered 09/04/12 10:16:48   Desc Main
Document      Page 10 of 13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-27083 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | PINTER, JOHNNY ALAN | | Bank Name: | The Bank of New York Mellon |
| | PINTER, AIMEE | | Account Number / CD #: | *******3965  Money Market Account |
| Taxpayer ID No: | *******4749 | | | |
| For Period Ending: | 08/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/14/11 | 14 | TCF Bank | Payment fo equity in Jaguar  DEPOSIT CHECK #305131751 | 1129-000 | 10,000.00 | | 10,000.00 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 10,000.03 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,975.03 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,975.11 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,950.11 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,950.19 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,925.19 |
| 01/05/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 9,950.19 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,950.25 |
| 01/25/12 | | Transfer to Acct #*******5072 | Bank Funds Transfer | 9999-000 | | 9,950.25 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,000.25 | 10,000.25 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 9,950.25 | |
| Subtotal | 10,000.25 | 50.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,000.25 | 50.00 | |

Page Subtotals    10,000.25    10,000.25

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-27083 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PINTER, JOHNNY ALAN | Bank Name: | The Bank of New York Mellon |
| | PINTER, AIMEE | Account Number / CD #: | *******3966  Checking Account |
| Taxpayer ID No: | *******4749 | | |
| For Period Ending: | 08/20/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals      0.00      0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-27083 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | PINTER, JOHNNY ALAN | Bank Name: | Congressional Bank |
|  | PINTER, AIMEE | Account Number / CD #: | *******5072  Checking Account |
| Taxpayer ID No: | *******4749 |  |  |
| For Period Ending: | 08/20/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/25/12 |  | Transfer from Acct #*******3965 | Bank Funds Transfer | 9999-000 | 9,950.25 |  | 9,950.25 |
| 04/26/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Compensation | 2100-000 |  | 1,700.01 | 8,250.24 |
| 04/26/12 | 001002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Claim 1, Payment 22.47551% | 7100-000 |  | 1,255.39 | 6,994.85 |
| 04/26/12 | 001003 | American InfoSource LP as agent for<br>T-Mobile-Mobile USA<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Claim 2, Payment 22.47539% | 7100-000 |  | 119.85 | 6,875.00 |
| 04/26/12 | 001004 | Rjm Acquisitions Llc<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY  11791 | Claim 3, Payment 22.47646% | 7100-000 |  | 78.29 | 6,796.71 |
| 04/26/12 | 001005 | Capital One,N.Ac/o Creditors Bankrutpcy Service<br>P O Box 740933<br>Dallas, TX  75374 | Claim 5, Payment 22.47717% | 7100-000 |  | 65.24 | 6,731.47 |
| 04/26/12 | 001006 | Portfolio Investments I LLC  c/o Recovery anagement Systems<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Claim 6, Payment 22.47566% | 7100-000 |  | 895.32 | 5,836.15 |
| 04/26/12 | 001007 | CANDICA, LLC c/o Weinstein & Riley<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Claim 7, Payment 22.47564% | 7100-000 |  | 1,346.23 | 4,489.92 |
| 04/26/12 | 001008 | Portfolio Recovery Associates, LLC c/o Amierican Eagle Outfit | Claim 8, Payment 22.47563% | 7100-000 |  | 445.04 | 4,044.88 |
|  |  |  | Page Subtotals |  | 9,950.25 | 5,905.37 |  |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-27083 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | PINTER, JOHNNY ALAN | | Bank Name: | Congressional Bank |
| | PINTER, AIMEE | | Account Number / CD #: | *******5072 Checking Account |
| Taxpayer ID No: | *******4749 | | | |
| For Period Ending: | 08/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/26/12 | 001009 | POB 41067<br>Norfolk, VA 23541<br>U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Claim 9, Payment 22.47554% | 7100-000 | | 4,044.88 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 9,950.25 | 9,950.25 | 0.00 |
| Less: Bank Transfers/CD's | 9,950.25 | 0.00 | |
| Subtotal | 0.00 | 9,950.25 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,950.25 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account - ********3965 | 10,000.25 | 50.00 | 0.00 |
| Checking Account - ********3966 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5072 | 0.00 | 9,950.25 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 10,000.25 | 10,000.25 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    4,044.88

Ver: 16.06d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*